**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RIMANG HERLING ZELEDON TORRES,<br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, et. al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-2013 |

**ORDER OF COURT**

AND NOW, this 10th day of November, 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1); and the Respondents' Notice of Suggestion of Mootness (ECF No. 6), and attached exhibit (ECF No. 6-1), which reflect that Petitioner received an individualized bond hearing on October 7, 2026; the court concludes there is no remedy that the court can provide and no live case or controversy as required by Article III, § 2 of the Constitution, *see Keitel v. Mazurkiewicz*, 729 F.3d 278, 280 (3d Cir. 2013); and therefore, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED as moot. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge